**Russell W. BURTON, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2012–7011.

United States Court of Appeals, Federal Circuit.

Oct. 4, 2012.

Scott J. Popma, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, of Washington, DC, argued for claimant-appellant. With him on the brief were J. Michael Jakes and Ronald L. Smith.

Elizabeth M. Hosford, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. On the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, Martin F. Hockey, Jr., Assistant Director, and Tara K. Hogan, Attorney. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Christa A. Shriber, Attorney, United States Department of Veterans Affairs, of Washington, DC.

(RADER, Chief Judge, LOURIE, Circuit Judge and DANIEL, Chief Judge [1] ).

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.

1. Honorable Wiley Daniel, Chief Judge, United States District Court for the District of Colorado, sitting by designation.